758 A.2d 166

**John DOE, Petitioner,**

**v.**

**PHILADELPHIA COMMUNITY HEALTH ALTERNATIVES AIDS TASK FORCE; Metpath DeKalb; Princeton Biomedical Laboratories, Inc., Bureau of Laboratories PA Department of Health; and Michael L. Silverman, M.D., Respondent.**

Supreme Court of Pennsylvania.

Aug. 11, 2000.

126

## *ORDER*

PER CURIAM:

**AND NOW**, this 11th day of August, 2000, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether Petitioner stated a claim for negligent infliction of emotional distress where he was misdiagnosed with the Human Immunodeficiency Virus ("HIV").